# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RE: )<br>ASHAND ENTERPRISES INC. )<br> )<br> )<br>**Debtor** ) | CASE NO. 13-44999-CEC |

## NOTICE

Attached herewith is a copy of Compliance Conference Order, dated 10/02/2013 of Supreme Court of New York, Queens County, regarding Debtor's property. (Karen Veeraswamy against Velappan Veeraswamy, Index No. 12256/11)

"That all net proceeds of sale from the sale of 72 unit Bronx apartment building(1114 Ward Ave) owned by Ashand Enteprises,Inc. and presently the subject of a bankruptcy proceeding (Eastern District Case no: 13-44999) shall be held in escrow by John Napolitano"

On this 25th day of November, 2013.

_Karen Veeraswamy_
KAREN VEERASWAMY
(PRO SE, CREDITOR)
6337 FOREST AVE, APT # 1R
RIDGEWOOD, NY, 11386
TEL: (917)717-2396
ammasami@gmail.com

CC:
Bruce Bronson
61-43 186 Street
Fresh Meadows, NY 11365

RECEIVED 2013 NOV 25 A 10:29

McCarter and English LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

United States Trustee,
Eastern District New York (Brooklyn Office)
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

|  PC __/__/__ |
|---|
|  CC __/__/__ |
|  NI __/__/__ |

SUPREME COURT OF THE STATE OF NEW YORK
QUEENS COUNTY: MM PART

Present: Hon Anna Culley
                        Justice

Karen Veeraswamy
        Plaintiff,

Index No: 12256/11

-against-

Date RJI Filed: _____

Velappan Veeraswamy
        Defendant.

## Compliance Conference Order

**APPEARANCES**

Attorney for Plaintiff:       Attorney for Defendant:        Law Guardian:
Name: John Appolitano   Name: Joseph Levin           Name: _____
Address: 94-09 101" Ave  Address: 86-16 Queens Blvd  Address: _____
Ozone Park, ny 11416     Elmhurst, ny                                    N/A
Phone No: _____/        Phone No: 718 429-7607/  Phone No: _____
Plaintiff: ✓ present/___ not present   Defendant: ✓ present/___ not present

Upon the Preliminary Conference Order dated _____, and following a Compliance Conference held on 10/2/13, and it appearing that discovery previously ordered herein has not been completed, or that additional discovery is warranted, it is hereby

**ORDERED** that Plaintiff shall produce _herself_ for an examination before trial on 10/28/13 at 2 a.m./p.m., and it is further

**ORDERED** that, on or before _____, Plaintiff shall produce the following documents and other material for examination: _____

1

_____
_____
_____, and it is further

**ORDERED** that Defendant shall produce  himself  for an examination before trial on  10/31/13  at  10  a.m./~~p.m.~~, and is further

**ORDERED** that, on or before  10/20/13 , Defendant shall produce the following documents and other material for examination: as per discovery notice — Parties to exchange updated net worth stmts; stmts of proposed disposition; child support worksheet on or before 10/31/13 _____, and it is further

**ORDERED** as follows:  That all Net proceeds of sale from the sale of a 72 unit Bronx apartment building (1114 Ward Ave) owned by Ashand Enterprises, Inc. and presently the subject of a bankrupcy proceeding (Eastern District Case no. 13-44999) shall be held in escrow by John Napolitano until further* Pretrial ~~Compliance~~ Conference is adjourned to: 11/7/13  Note of Issue shall be filed on or before: _____

Failure to comply with any provision of this order may result in the imposition of costs, or sanctions, or other action authorized by law.

_____          _____          _____
Attorney for Plaintiff        Attorney for ~~Defendant~~        Law Guardian

SO ORDERED:

Dated: Queens, New York
         10/2 , 2013

_____
A. J.S.C.

* order of this court or written agreement of the parties

2