# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF NEW YORK

*In re:*

VELAPPAN VEERASWAMY,

Debtor

**ADDENDUM TO**
ANSWER TO AMENDED COMPLAINT
Case 1-18-42030 (CEC)
Adv. Pro. No.: 19-01018 (CEC)

LORI LAPIN JONES, solely in her capacity
as Chapter 7 Trustee of the Estate of Velappan Veeraswamy,
Plaintiff,

-Against-

KAREN VEERASWAMY and
JOHN J. NAPOLITANO, ATTORNEY AT LAW,
Defendants

---

**ADDENDUM TO**
**ANSWER AND AFFIRMATIVE DEFENSES**
**OF DEFENDANT KAREN VEERASWAMY TO**
**PLAINTIFF'S AMENDED COMPLAINT**

Karen Veeraswamy ("Defendant",) in addendum to answer (doc# 56) to the
Amended Complaint (doc# 3) of Lori Lapin Jones ("Plaintiff"), states as follows:

33. In further response to paragraph 33 of the Amended Complaint,

Defendant adds the attached Exhibit D, Federal tax papers for Ashand

Enterprises, Inc. for year 2010, signed by Debtor Velappan Veeraswamy.

1

Page 9 of the Exhibit D lists Defendant Karen Veeraswamy as 50 %
shareholder of Ashand Enterprises, Inc.

Respectfully Submitted,

DATE: *06/10/19*

KAREN VEERASWAMY (*PRO SE*)
P.O.Box 863695
RIDGEWOOD, NY 11385
TEL: (917)620-9359
Email: ammasami@gmail.com

Cc: LaMONICA HERBST & MANISCALCO, LLP
Counsel to Plaintiff Lori Lapin Jones, as Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793

Bronson Law Firm
480 Mamaroneck Ave
Harrison, NY 10528

## CERTIFICATE OF SERVICE

The undersigned certifies that on  06 /10  /2019, a copy of the above

"ADDENDUM TO ANSWER TO AMENDED COMPLAINT" was served by

depositing the same, enclosed in a properly addressed postage-paid envelope, in an

official depositary under the exclusive care and custody of the United States Postal

Service within the State of New York, upon:

LaMONICA HERBST & MANISCALCO, LLP
Counsel to Plaintiff Lori Lapin Jones, as Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793

Bronson Law Firm
480 Mamaroneck Ave
Harrison, NY 10528

DATE:  06 /10 /19

KAREN VEERASWAMY (PRO SE)
P.O.Box 863695
RIDGEWOOD, NY 11385
TEL: (917)620-9359
Email: ammasami@gmail.com

3

# EXHIBIT D

THE INTEL SOLUTION GROUP
159-25 HILLSIDE AVE 2ND FL
JAMAICA, NY 11432

September 10, 2011

ASHAND ENTERPRISES INC
86-48 122 STREET APT # 1FL
RICHMOND HILL, NY 11418

Dear Sir,

Enclosed please find two copies of the 2010 Form 1120S for ASHAND ENTERPRISES INC, which were prepared based on the information you provided. Please review and then file one copy with the agency listed below and retain the second copy for ASHAND ENTERPRISES INC's records. An authorized officer must sign and date the filing copy before you mail the return.

ASHAND ENTERPRISES INC's 2010 federal taxes have been paid in full. Do not include a payment when mailing the return.

We recommend that you mail the federal return on or before September 15, 2011, using the United States Post Office certified mail service or an approved delivery service that will provide proof of the mailing date, to:

> Department of the Treasury
> Internal Revenue Service Center
> Cincinnati, OH 45999-0013

Also enclosed, please find two copies of the 2010 New York CT-3-S for ASHAND ENTERPRISES INC. Review the return, then file one copy with the state and retain the second copy for ASHAND ENTERPRISES INC's records. An authorized officer of the corporation must sign and date the filing copy on page 3 before you mail the return. Include with the New York CT-3-S return, but do not staple or otherwise attach, a check made payable to the "NEW YORK STATE CORPORATION TAX" in the amount of $275. Write "2010 Form NY CT-3-S" and the employer identification number on the check.

We recommend that you mail the New York CT-3-S return on or before September 15, 2011, using the United States Post Office certified mail service or an approved delivery service that will provide proof of the mailing date, to:

> New York State Corporation Tax
> Processing Unit
> P.O. Box 22092
> Albany, NY 12201-2092

Also enclosed, please find two copies of the 2010 New York City NYC-3L for ASHAND ENTERPRISES INC. Review the return, then file one copy with the city and retain the second copy for ASHAND ENTERPRISES INC's records. An authorized officer of the corporation must sign and date the filing copy on page 1 before you mail the return. Include with the New York City NYC-3L return, but do not staple or otherwise attach, a check made payable to the "NEW YORK CITY DEPARTMENT OF FINANCE" in the amount of $475. Write "2010 Form NY NYC-3L" and the employer identification number on the check.

We recommend that you mail the New York City NYC-3L return on or before September 15, 2011, using the United States Post Office certified mail service or an approved delivery service that will provide proof of the mailing date, to:

> New York City Department of Finance
> General Corporation Tax
> P.O. Box 5040
> Kingston, NY 12402-5040

Page 1

If you have any questions about the return(s) or about ASHAND ENTERPRISES INC's tax situation during the year, please do not hesitate to call us at . We appreciate this opportunity to serve you.

Sincerely,


THE INTEL SOLUTION GROUP

Page 2

# Federal
# Tax Return
# for

**ASHAND ENTERPRISES INC**

# 2010

**THE INTEL SOLUTION GROUP**
**159-25 HILLSIDE AVE 2ND FL**
**JAMAICA, NY  11432**

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | | OMB No. 1545-0130 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ See separate instructions. | | | **2010** |

For calendar year 2010 or tax year beginning _____ , ending _____

| **A** S election effective date | | **Name** | | | **D** Employer identification number |
|---|---|---|---|---|---|
| 1/24/2000 | | ASHAND ENTERPRISES INC | | | 11-3532257 |
| **B** Business activity code number *(see instructions)* | TYPE OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. | | | **E** Date incorporated |
| | | 86-48 122 STREET APT # 1FL | | | 1/24/2000 |
| 531390 | | City or town | State | ZIP code | **F** Total assets *(see instructions)* |
| **C** Check if Sch. M-3 attached ☐ | | RICHMOND HILL | NY | 11418 | $ 4,699,859 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☐ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change

**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . ▶ 2

**Caution.** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales 579,384 | **b** Less returns and allowances | **c** Bal ▶ | 1c | 579,384 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 579,384 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* | | 4 | |
| | 5 | Other income (loss) *(see instructions—attach statement)* | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . ▶ | | 6 | 579,384 |
| **Deductions** *(see instructions for limitations)* | 7 | Compensation of officers | | 7 | |
| | 8 | Salaries and wages (less employment credits) | | 8 | |
| | 9 | Repairs and maintenance | | 9 | |
| | 10 | Bad debts | | 10 | |
| | 11 | Rents | | 11 | |
| | 12 | Taxes and licenses | | 12 | 129,818 |
| | 13 | Interest | | 13 | 246,422 |
| | 14 | Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)* | | 14 | |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | | 15 | |
| | 16 | Advertising | | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | | 17 | |
| | 18 | Employee benefit programs | | 18 | |
| | 19 | Other deductions *(attach statement)* | | 19 | 414,100 |
| | 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . ▶ | | 20 | 790,340 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | 21 | -210,956 |
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax *(see instructions)* | 22a | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | |
| | c | Add lines 22a and 22b *(see instructions for additional taxes)* | | 22c | 0 |
| | 23a | 2010 estimated tax payments and 2009 overpayment credited to 2010 | 23a | | |
| | b | Tax deposited with Form 7004 | 23b | | |
| | c | Credit for federal tax paid on fuels *(attach Form 4136)* | 23c | | |
| | d | Add lines 23a through 23c | | 23d | 0 |
| | 24 | Estimated tax penalty *(see instructions)*. Check if Form 2220 is attached . . . . ▶ ☐ | | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . | | 25 | 0 |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . | | 26 | 0 |
| | 27 | Enter amount from line 26 Credited to 2011 estimated tax _____ Refunded ▶ | | 27 | 0 |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | | May the IRS discuss this return with the preparer shown below *(see instructions)?* ☐ Yes ☒ No |
|---|---|---|---|
| | ▶ *V.R.Loppan* Signature of officer | 09/10/11 Date | *president* Title |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date 9/10/2011 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ THE INTEL SOLUTION GROUP | | | Firm's EIN ▶ 20-3873649 | |
| | Firm's address ▶ 159-25 HILLSIDE AVE 2ND FL | | | Phone no. | |
| | City JAMAICA | | State NY | ZIP code 11432 | |

For Paperwork Reduction Act Notice, see separate instructions.

(HTA)

Form **1120S** (2010)

Page 4

Form 1120S (2010)    ASHAND ENTERPRISES INC                                                11-3532257        Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach statement)* | 4 | |
| 5 | Other costs *(attach statement)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 0 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 0 |

**9a** Check all methods used for valuing closing inventory:        *(i)* ☐ Cost as described in Regulations section 1.471-3

    *(ii)* ☐ Lower of cost or market as described in Regulations section 1.471-4

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ ------------------------------------

**b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

    inventory computed under LIFO           | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes ☐ No

    If "Yes," attach explanation.

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:    **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ ------------------- | | |
| 2 | See the instructions and enter the: | | |
| |   **a** Business activity ▶ REAL ESTATE RENTAL      **b** Product or service ▶ SERVICE | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 4 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years *(see instructions)* . . . . . . . . . . . . . . . . . . . ▶ $ ------------------- | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. . . . $ ------------------- | | |
| 8 | Are the corporation's total receipts *(see instructions)* for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. . . . . . . . | | X |
| 9 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -210,956 |
| | 2 | Net rental real estate income (loss) *(attach Form 8825)* | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities *(attach statement)* | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Interest income | 4 | |
| | 5 | Dividends:    **a** Ordinary dividends | 5a | |
| | |     **b** Qualified dividends         | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 7 | |
| | 8a | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 8a | |
| | b | Collectibles (28%) gain (loss)         | 8b | |
| | c | Unrecaptured section 1250 gain *(attach statement)*         | 8c | |
| | 9 | Net section 1231 gain (loss) *(attach Form 4797)* | 9 | |
| | 10 | Other income (loss) *(see instructions)* . . . . . . Type ▶ | 10 | |

Form **1120S** (2010)

Page 5

Form 1120S (2010)    ASHAND ENTERPRISES INC                                    11-3532257    Page **3**

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount | |
|---|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction *(attach Form 4562)* . . . . . . . . . . . . . . . . | 11 | | |
| | 12a | Contributions . . . . . . . . | 12a | | |
| | b | Investment interest expense . . . . . . . . . . | 12b | | |
| | c | Section 59(e)(2) expenditures      (1) Type ▶ _____ (2) Amount ▶ | 12c(2) | | |
| | d | Other deductions *(see instructions)* . . . . . . Type ▶ | 12d | | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . | 13a | | |
| | b | Low-income housing credit (other) . . . . . . . . . . . | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | | |
| | d | Other rental real estate credits *(see instructions)* . Type ▶ | 13d | | |
| | e | Other rental credits *(see instructions)* . . . . . Type ▶ | 13e | | |
| | f | Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f | | |
| | g | Other credits *(see instructions)* . . . . . . Type ▶ | 13g | | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources . . . . . . . . . . . | 14b | | |
| | c | Gross income sourced at shareholder level . . . . . . | 14c | | |
| | | *Foreign gross income sourced at corporate level* | | | |
| | d | Passive category . . . . . . . . . . | 14d | | |
| | e | General category . . . . . . . . . . . | 14e | | |
| | f | Other *(attach statement)* . . . . . . . | 14f | | |
| | | *Deductions allocated and apportioned at shareholder level* | | | |
| | g | Interest expense . . . . . . . . . . | 14g | | |
| | h | Other . . . . . . . . . . . . . | 14h | | |
| | | *Deductions allocated and apportioned at corporate level to foreign source income* | | | |
| | i | Passive category . . . . . . . . . . | 14i | | |
| | j | General category . . . . . . . . . . | 14j | | |
| | k | Other *(attach statement)* . . . . . . . | 14k | | |
| | | *Other information* | | | |
| | l | Total foreign taxes (check one):  ▶ ☐ Paid   ☐ Accrued | 14l | | |
| | m | Reduction in taxes available for credit *(attach statement)* | 14m | | |
| | n | Other foreign tax information *(attach statement)* | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . | 15a | | |
| | b | Adjusted gain or loss . . . . . . . . . . | 15b | | |
| | c | Depletion (other than oil and gas) . . . . . . . | 15c | | |
| | d | Oil, gas, and geothermal properties—gross income . . | 15d | | |
| | e | Oil, gas, and geothermal properties—deductions . . | 15e | | |
| | f | Other AMT items *(attach statement)* . . . . . . | 15f | | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . | 16a | | |
| | b | Other tax-exempt income . . . . . . . . | 16b | | |
| | c | Nondeductible expenses . . . . . . . . | 16c | | |
| | d | Distributions *(attach statement if required) (see instructions)* | 16d | | |
| | e | Repayment of loans from shareholders . . . . . | 16e | | |
| **Other Information** | 17a | Investment income . . . . . . . . . . | 17a | | |
| | b | Investment expenses . . . . . . . . . | 17b | | |
| | c | Dividend distributions paid from accumulated earnings and profits . . . . . | 17c | | |
| | d | Other items and amounts *(attach statement)* | | | |
| **Reconciliation** | 18 | **Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l** . . . | 18 | -210,956 | |

Form **1120S** (2010)



Form 1120S (2010)    ASHAND ENTERPRISES INC    11-3532257    Page **4**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 5,066 | | 8,281 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | 0 | | 0 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 5,000,000 | | 4,845,789 | |
| b | Less accumulated depreciation | 154,211 | 4,845,789 | 154,211 | 4,691,578 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 4,850,855 | | 4,699,859 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 4,228,769 | | 4,149,856 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 25,828 | | 25,828 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | ( 429,813) | | ( 640,769) |
| 25 | Adjustments to shareholders' equity (attach statement) | | 1,026,071 | | 1,164,944 |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 4,850,855 | | 4,699,859 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -210,956 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ _____ | 0 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation  $ _____ | | a | Depreciation  $ _____ | |
| b | Travel and entertainment   $ _____ | | | _____ | 0 |
| | _____ | 0 | 7 | Add lines 5 and 6 | 0 |
| 4 | Add lines 1 through 3 | -210,956 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -210,956 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | ( 429,813) | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 210,956) | | |
| 5 | Other reductions | | | |
| 6 | Combine lines 1 through 5 | ( 640,769) | 0 | 0 |
| 7 | Distributions other than dividend distributions | 0 | 0 | 0 |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | ( 640,769) | 0 | 0 |

Form **1120S** (2010)

Page 7

671110

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

## Schedule K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2010**

For calendar year 2010, or tax
year beginning _____ , 2010
ending _____ , 20 _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
11-3532257

**B** Corporation's name, address, city, state, and ZIP code

ASHAND ENTERPRISES INC
86-48 122 STREET APT # 1FL
RICHMOND HILL            NY      11418

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II  Information About the Shareholder

**D** Shareholder's identifying number          Shareholder: 1
▮-2014

**E** Shareholder's name, address, city, state, and ZIP code

VELAPPAN VEERASWAMY
85-45 115 STREET
RICHMOND HILL, NY 11418

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . .      50.000000%

For IRS Use Only

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -105,478 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
(HTA)

Schedule K-1 (Form 1120S) 2010

*Page 8*

671110

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2010**

For calendar year 2010, or tax
year beginning _____, 2010
ending _____, 20 _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**    ▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | | # | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | -105,478 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
11-3532257

**B** Corporation's name, address, city, state, and ZIP code

ASHAND ENTERPRISES INC
86-48 122 STREET APT # 1FL
RICHMOND HILL        NY      11418

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

**Part II    Information About the Shareholder**

**D** Shareholder's identifying number        Shareholder: 2
8021

**E** Shareholder's name, address, city, state, and ZIP code

KAREN VEERASWAMY
85-45 115 STREET
RICHMOND HILL, NY 11418

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . .        50.000000%

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
(HTA)

Schedule K-1 (Form 1120S) 2010

*Page 9*