UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:                                                          Chapter 7
                                                                JUDGE HONORABLE JIL MAZER-MARINO

VELAPPAN VEERASWAMY                         Case No.: 18-42030 (JMM)

                                                                <u>ADDENDUM TO MOTION</u>

Debtor,
-----------------------------------------------------------x
LORI LAPIN JONES, solely in her capacity       Adv. Pro. No.:19-01018(JMM)
as Chapter 7 Trustee of the estate of
Velappan Veeraswamy,
         Plaintiff
-against-

KAREN VEERASWAMY and
JOHN J, NAPOLITANO, ATTORNEY AT LAW
         Defendants,
-----------------------------------------------------------x

## <u>ADDENDUM TO MOTION OF KAREN VEERASWAMY FOR DISBURSEMENT OF EQUITY DISTRIBUTION FROM ASHAND ENTERPRISES INC.</u>

This is addendum to Motion for Disbursement (Document # 77).

KAREN VEERASWAMY, requests this Court to specify that the date of Order to disburse the equity be the date of distribution of equity to Karen Veeraswamy as the shareholder, for tax purposes.

Respectfully Submitted,

August 26 , 2021                                               KAREN VEERASWAMY (PRO SE)

                                                                Email: ammasami@gmail.com

1