# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                       Chapter 7

VELAPPAN VEERASWAMY,                                          Case No.: 18-42030 (JMM)

                            Debtor.
-----------------------------------------------------------------X
LORI LAPIN JONES, solely in her capacity                   Adv. Pro. No.: 19-01018 (JMM)
as Chapter 7 Trustee of the Estate of
Velappan Veeraswamy,

                            Plaintiff,
-against-

KAREN VEERASWAMY and
JOHN J. NAPOLITANO, ATTORNEY AT LAW,

                            Defendants.
-----------------------------------------------------------------X

## ORDER: (I) APPROVING STIPULATION OF SETTLEMENT PURSUANT TO 11 U.S.C. § 105(A) AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; AND (II) GRANTING RELATED RELIEF

Upon the motion dated January 26, 2022 ("Motion") of plaintiff Lori Lapin Jones, solely in her capacity as Chapter 7 Trustee of the estate of Velappan Veeraswamy ("Trustee"), by her counsel, seeking entry of an Order: (i) approving a Stipulation of Settlement between the Trustee and defendant Karen Veeraswamy, individually and as Executrix of the estate of Velappan Veeraswamy, pursuant to 11 U.S.C. §105(a) ("Bankruptcy Code") and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and (ii) granting related relief; and upon the Affidavit of Service; and there being no opposition to the relief sought in the Motion; and upon the hearing conducted on February 22, 2022 ("Hearing"), the transcript of which is incorporated by reference; and the Court having determined that the Stipulation of Settlement is a fair and reasonable settlement of the dispute at issue, is a proper exercise of the Trustee's sound judgment

in light of all the facts and circumstances of this case and the risks and costs of litigation, and is in the best interests of the Debtor's estate; and no additional notice being necessary or required;

**IT IS HEREBY FOUND THAT**:

1. This Court has jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§157 and 1334 and the matter is a core proceeding under 28 U.S.C. §§157(b)(2)(A) and(O).

2. Adequate notice of the Motion has been given and no further notice is required.

3. The Stipulation of Settlement was negotiated at arm's-length and in good faith.

4. The Stipulation of Settlement and the relief requested in the Motion represent a fair and reasonable exercise of the Trustee's business judgment and the Stipulation of Settlement falls above the lowest point in the range of reasonableness.

**NOW, THEREFORE**, upon the Motion of the Trustee, the record of the Hearing and the entire record of the Debtor's Chapter 7 case and good cause shown, it is hereby

**ORDERED** that the Stipulation of Settlement, a copy of which is annexed as Exhibit A, is approved in its entirety; and, it is further

**ORDERED** that the Trustee is authorized and empowered to do such things and expend such funds as are reasonably necessary to implement the terms of this Order and the Stipulation of Settlement; and, it is further

**ORDERED** that the Court may retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Order and the Stipulation of Settlement.

## EXHIBIT A

*Stipulation of Settlement to be annexed*